OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.41⁶
02 1W
0001401623 SEP 22 2015

RE: WR-83,701-01

MICHAEL TODD CALABRESE
WICHITA COUNTY JAIL
900 7TH ST.
WICHITA, TX 76301

RETURN TO SENDER

NOT IN CUSTODY

LM1

78711@2308

47 GVE-N3B 76301